

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: 1:24-mc-00026-PTG-WBP |
| Plaintiff(s), | |
| vs. | CERTIFICATE OF SERVICE |
| NATIONWIDE CREDIT CORPORATION (A.K.A. NCC), | |
| Defendant(s). | |

I HEREBY CERTIFY that a true and correct copy of the Petition to Compel discovery from Nationwide Credit Corporation which include exhibit 8 the copy of the service of process by the U.S. Marshals of the subpoena that was filed in original case no. 22-cv-02211-BHH-MGB, and the Summons has been mailed to the party referenced below via the: UNITED STATES POSTAL SERVICE by the UNITED STATES POST OFFICE via First Class Certified Mail Restricted Delivery. Dated this 13<u>th</u> day of December, 2024.

**SENT TO:**

OFFICER OF THE CORPORATION
Attention: Philip E. Rosenthal
5503 CHEROKEE AVE.
ALEXANDRIA, VA, 22312-2307
*Registered Agent for NATIONWIDE CREDIT CORPORATION*
Certified Mail No.: 9536 0066 2226 4348 3231 89

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "With Prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com