IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NELSON L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-mc-00026 (PTG/WBP) |
| ) | |
| NATIONWIDE CREDIT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Petitioner Nelson L. Bruce is a *pro se* plaintiff in a case pending in the U.S. District Court for the District of South Carolina[1] ("South Carolina Action"). The district court in the South Carolina Action granted Mr. Bruce leave to issue a subpoena in this District to Nationwide Credit Corporation ("NCC"), a corporation that Mr. Bruce contends is located within this Division. (South Carolina Action ECF No. 211.) According to Mr. Bruce, he served NCC with a subpoena on July 30, 2024 ("Subpoena"), but NCC failed to respond to it. (ECF No. 3-1 at 14.) On October 11, 2024, Mr. Bruce filed with this Court as a miscellaneous action a Petition to Compel Discovery, asking this Court to compel NCC to respond to the Subpoena. ("Petition"; ECF No. 1.) On December 18, 2024, Mr. Bruce served NCC with the Petition by certified mail, but he has not noticed the Petition for a hearing. (ECF No. 3-1 at 1.) To expedite resolution of the Petition, and because it is proper to do so, it is hereby

ORDERED that Mr. Bruce must notice a hearing on the Petition for a Friday at 10:00 a.m. before the undersigned. The date selected for the hearing must be no less than 21 days from

---

[1] The case number for District of South Carolina matter is 2:22-cv-02211-BHH-MGB.

the date of this order. NCC must file an opposition to the Petition no later than 5:00 p.m. on the Friday before the hearing date, and Mr. Bruce may file a reply in support of his Petition by 12:00 p.m. the Wednesday before the hearing date. And it is further

ORDERED that Mr. Bruce must send NCC by certified mail a copy of the Petition, the Subpoena, and this order.

Entered this 10th day of January 2025.

Alexandria, Virginia

William B. Porter
United States Magistrate Judge