IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| NELSON L. BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-mc-00026 (PTG/WBP) |
| | ) | |
| NATIONWIDE CREDIT CORPORATION, also known as NCC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on its own initiative. Petitioner Nelson L. Bruce noticed a hearing on his Petition to Compel Discovery ("Petition"; ECF No. 1) for January 31, 2025. (ECF No. 5.) Due to scheduling conflicts, and because it is otherwise proper to do so, it is hereby

ORDERED that the hearing on the Petition is rescheduled for February 14, 2025, at 10:00 a.m. in Courtroom 400; and it is further

ORDERED that Petitioner must send Nationwide Credit Corporation by certified mail a copy of this Order within three days of its receipt.

Entered this 27th day of January 2025.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge