UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: 1:24-mc-00026-PTG-WBP |
| Plaintiff(s), | |
| vs. | CERTIFICATE OF SERVICE |
| NATIONWIDE CREDIT CORPORATION (A.K.A. NCC), | |
| Defendant(s). | |

I HEREBY CERTIFY that a true and correct copy of the Petition to Compel discovery from Nationwide Credit Corporation which include exhibit 8 the copy of the service of process by the U.S. Marshals of the subpoena that was filed in original case no. 22-cv-02211-BHH-MGB, and the Summons has been mailed to the party referenced below via the: UNITED STATES POSTAL SERVICE by the UNITED STATES POST OFFICE via First Class Certified Mail Delivery. Dated this 1st day of February, 2025.

**SENT TO:**

OFFICER OF THE CORPORATION
Attention: Philip E. Rosenthal
5503 CHEROKEE AVE.
ALEXANDRIA, VA, 22312-2307
*Registered Agent for NATIONWIDE CREDIT CORPORATION*
Certified Mail No.: 7020 2450 0000 0108 2171

_____
Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "With Prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>    Petitioner(s),<br><br>vs.<br><br>NATIONWIDE CREDIT CORPORATION (A.K.A. NCC),<br><br>    Defendant(s). | CASE NO.: 1:24-mc-00026-PTG-WBP<br><br>**NOTICE OF RESCHEDULED HEARING** |

Petitioner Nelson L. Bruce, hereby notifies you that the hearing has been rescheduled to Friday February 14, 2025 at 10:00 a.m. for this matter. Included with this notice is a copy of the courts 1-27-2025 order as directed by the court to serve upon you (See…Exhibit A-2v). Dated this 30th day of January, 2025.

**RESPECTFULLY PRESENTED,**

**SENT TO:**

OFFICER OF THE CORPORATION
Attention: Philip E. Rosenthal
5503 CHEROKEE AVE.
ALEXANDRIA, VA, 22312-2307
*Registered Agent for NATIONWIDE CREDIT CORPORATION*
Certified Mail No.: 7020 2450 0000 0108 2133

_____
Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "With Prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com