IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| NELSON L. BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-mc-00026 (PTG/WBP) |
| | ) | |
| NATIONWIDE CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Petition to Compel Discovery. ("Petition"; ECF No. 1.) Having reviewed the Petition, and for the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Petition (ECF No. 1) is DENIED; and it is further

ORDERED that Plaintiff's Request for Entry of Default (ECF No. 8) is DENIED; and it is further

ORDERED that this matter is ended.

Entered this 14th day of February 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia