# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| NELSON L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-mc-00026 (PTG/WBP) |
| ) | |
| NATIONWIDE CREDIT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Nelson L. Bruce's Request for Relief from Final Order Under Federal Rules of Civil Procedure 59(e) and 60(b). ("Request"; ECF No. 13.) In his Request, Mr. Bruce asks the Court to vacate its February 14, 2025, Order denying his Petition to Compel Discovery ("Petition"; ECF No. 1) and his Request for Entry of Default Judgment ("Default Judgment Request"; ECF No. 8). (ECF No. 13.)

The Court denied Mr. Bruce's Petition and Default Judgment Request because Mr. Bruce failed to properly serve both the subpoena and the Petition to Compel Discovery on Nationwide Credit Corporation ("NCC") and, because the stated place for compliance was at NCC's office and Mr. Bruce did not appear at NCC's office on the day for compliance to receive any response to the subpoena, the Court had no evidence, even if NCC was properly served, that it failed to comply. Therefore, because it is proper to do so, it is hereby

ORDERED that Mr. Bruce's Request is DENIED.

Entered this 25th day of February 2025.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge